IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| SUSAN BURNETT, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 4:25-cv-00162-CDL |
| DYCK O'NEAL, INC. , | * | |
| Defendant. | * | |

**J U D G M E N T**

Pursuant to the jury verdict dated September 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $440,000.00. The amount shall accrue interest from the date of entry of judgment at the rate of 4.24 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 18th day of September, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk